

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00025-CV

| | | |
|---|---|---|
| Texas Department of Public Safety | § | From County Court at Law No. 1 |
| | § | of Parker County (CIV-12-0769) |
| v. | | |
| | § | January 9, 2013 |
| Stephanie Wyn Randolph | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Texas Department of Public Safety shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Lee Ann Dauphinot